STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5760   AND FILED ON   6/26/2008

| | | |
|---|---|---|
| VINCENT AGOSTINO | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| DAVID SIMPSON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK      )
                        ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID SIMPSON, DIRECTOR OF COMMUNICATIONS   (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY, 3RD FL

YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BROWN
Age  25/30   Height  5'3"   Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

Gail Williams
**GAIL WILLIAMS**
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.5760 | AND FILED ON | 6/26/2008 |

VINCENT AGOSTINO

Vs.

DAVID SIMPSON, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __10:25AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: WILLIAM REGAN, DEPUTY MAYOR              (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY, 3RD FL

YONKERS NY

By delivering to and leaving with __TARA RENZI, SECRETARY__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   dwelling house (usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the

SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BROWN__
Age __25/30__   Height __5'3"__   Weight __125__
Other Features _____

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_signature: Gail Williams_
GAIL WILLIAMS
Notary Public, State of New York
No. 4865052
Qualified in Westchester County
Commission Expires September 30, 2010

_signature: John Axelrod_
John Axelrod

Server's License#: _____

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5760  AND FILED ON  6/26/2008

VINCENT AGOSTINO  Plaintiff(s)/Petitioner(s)

Vs.

DAVID SIMPSON, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                              ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR  (herein called recipient) therein named.
At Location: CITY OF YONKERS
CITY HALL, 40 SOUTH BROADWAY, 3RD FL
YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business  dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM  Color of Skin: WH  Color of Hair: BROWN
Age: 25/30  Height: 5'3"  Weight: 125
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)  John Axelrod (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4685052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5760    AND FILED ON    6/26/2008

VINCENT AGOSTINO                                                    Plaintiff(s)/Petitioner(s)

                                   Vs.

DAVID SIMPSON, ET AL                                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                             ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS                                (herein called recipient) therein named.

At Location: CITY HALL
            40 SOUTH BROADWAY, 4TH FL
            YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM          Color of Skin  BLACK       Color of Hair  BLACK
Age  40/50       Height  5'6"
Weight  250      Other Features

Sworn to before me on  7/7/2008

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod
Server's License#: