JUL-17-2008 THU 09:56 AM FOX ROTHSCHILD LLP  FAX NO. 0000000000  P. 03
Case 7:08-cv-05760-CS   Document 7   Filed 07/23/2008   Page 1 of 2

JUL. 16. 2008 1:29PM  LOVETT & GOULD LLP   FAX NO. 0000000000 NO. 423   P. 2

Darryll A. Buford (DB-0546)
Samantha H. Evans (SE-0728)
FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, NY 10017
Phone: 212.878.7900
Fax: 212.692.0940
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
VINCENT AGOSTINO,

    Plaintiff,

-against-

DAVID SIMPSON, individually, WILLIAM
REGAN, individually, PHILIP AMICONE,
individually, and the CITY OF YONKERS,
New York,

    Defendants.
-----------------------------------x

Civil Action No. 08-CV-05760 (CLB) (MDF)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and Defendants, that Defendants' time within which to answer, move or otherwise respond to Plaintiff's complaint is extended from July 22, 2008 to August 21, 2008.

Dated: New York, New York
       July 16, 2008

LOVETT & GOULD

By: _____
    Jonathan Lovett (JL-4854)

222 Bloomingdale Road
White Plains, New York 10605
(212) 688-5640
(212) 688-2548 (fax)
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
    Darryll A. Buford
    Samantha H. Evans

100 Park Avenue
15th Floor
New York, New York 10017
(212) 878-7950
*Attorneys for Defendants*

So Ordered:

_____
Charles L. Brieant USDJ
July [illegible], 2008

NY1 301145v1 07/16/08



# Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Darryll A. Buford
Direct Dial: (212) 878-7950
Email Address: dburford@foxrothschild.com

July 17, 2008

**VIA FACSIMILE (914-390-4085)**
The Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    **Vincent Agostino v. David Simpson, individually, et al.
             Civil Action No. 08-CV-05760 (S.D.N.Y.)**

Dear Judge Brieant:

This Firm represents defendants David Simpson, William Regan, Philip Amicone, and the City of Yonkers in the above-referenced matter. We write to request that the Court "So-Order" the enclosed stipulation adjourning the time for defendants to answer, move, or otherwise respond to Plaintiff's Complaint from July 22, 2008 to August 21, 2008. Thank you very much for your time and consideration in connection with this request.

                          Respectfully submitted,

                          FOX ROTHSCHILD LLP

                          By: _____
                          Darryll A. Buford (DB 0546)
                          Samanth H. Evans (SE 0728)

cc: Jonathan Lovett (via facsimile 914.428.8916)

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania

NY1 301220v2 07/17/08