Darryll A. Buford (DB-0546)
Samantha H. Evans (SE-0728)
FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, NY 10017
Phone:  212.878 7900
Fax:  212.692 0940
**Attorneys for Defendants**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT AGOSTINO,<br><br>    Plaintiff,<br><br>- against -<br><br>DAVID SIMPSON, individually; WILLIAM REGAN, individually; PHILIP AMICONE, individually; and THE CITY OF YONKERS, New York,<br>    Defendants. | Civil Action No.<br>08-CV-5760  (CS) (MDF) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

    ***PLEASE TAKE NOTICE*** that the law firm of Fox Rothschild LLP has

been retained by David Simpson, individually; William Regan, individually; Philip

Amicone, individually; and The City Of Yonkers, New York (the "Defendants"), to

represent them in connection with the above-captioned proceeding (the "Proceeding"),

and hereby demands, on behalf of the Defendants, service of all notices and papers herein

upon:

        Fox Rothschild LLP
        100 Park Avenue, 15th Floor
        New York, New York 10017
        Attn: Darryll A. Buford, Esq.
        Tel: (212) 878-7950
        Fax: (212) 692-0940
        Email: dbuford@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

Dated:    New York, New York
          August 11, 2008

**FOX ROTHSCHILD LLP**

By: _____

Darryll A. Buford (DB-0546)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Attorneys for Defendants David Simpson, William Regan, Philip Amicone, and The City Of Yonkers, New York*