Darryll A. Buford (DB-0546)
Samantha H. Evans (SE-0728)
FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, NY 10017
Phone: 212.878 7900
Fax:  212.692 0940
**Attorneys for Defendants**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT AGOSTINO, <br><br>                    Plaintiff, <br><br> - against - <br><br> DAVID SIMPSON, individually; WILLIAM REGAN, individually; PHILIP AMICONE, individually; and THE CITY OF YONKERS, NEW YORK. <br><br>                    Defendants. | Civil Action No. <br> 08-CV-5760 (CS) (MDF) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that the law firm of Fox Rothschild LLP has been retained by David Simpson, individually; William Regan, individually; Philip Amicone, individually; and The City Of Yonkers, New York (the "Defendants"), to represent them in connection with the above-captioned proceeding (the "Proceeding"), and hereby demands, on behalf of the Defendants, service of all notices and papers herein upon:

Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, New York 10017
Attn: Samantha H. Evans, Esq.
Tel: (212) 878-7934
Fax: (212) 692-0940
Email: sevans@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

Dated:  New York, New York
        August 12, 2008

FOX ROTHSCHILD LLP

By: _____
Samantha H. Evans (SE-0728)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Attorneys for Defendants David Simpson, William Regan, Philip Amicone, and The City of Yonkers, New York*