## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on August 21, 2008, I caused a true and correct copy of Defendants' Notice of Motion to Dismiss, the Declaration of Darryll A. Buford and exhibits annexed thereto in support of Defendants' Motion to Dismiss, and Defendants' Memorandum of Law in Support of Their Motion to Dismiss to be served upon the following via the Court's ECF notification system:

> Jonathan Lovett
> Lovett & Gould
> 222 Bloomingdale Road, Suite 305
> White Plains, New York 10605
> 914.428.8401
> Fax: 914.428.8916
> Email: jlovett@lovett-gould.com

> s/ Darryll A. Buford
> Darryll A. Buford