# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG+
DRITA NICAJ+

+also admitted in New Jersey

August 29, 2008

**MEMO ENDORSED**

*Application Granted
So Ordered.
Cathy Seibel
9/2/08   USDJ*

**BY FAX**

Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10605

Re:  Agostino v Simpson, et al.
     08 Civ 5760 (CS)(MDF)

Dear Judge Seibel:

Defendants have served and filed a motion to dismiss the complaint in the above referenced matter. The return date is currently set for September 12, 2008.

On the consent of defense counsel, Darryll Buford, Esq., I am writing to respectfully request an extension of time for Plaintiff to submit his opposition papers to September 19, 2008, with a return date of September 26, 2008. This is the first request for an extension of time in this case.

Respectfully,

Jonathan Lovett

JL:af

cc: Darryll A. Buford, Esq. by fax 212-692-0940